# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx,
Southeast, Washington, D.C.

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

CASE NUMBER:

TO:  Special Agent Frank Oliver, being duly sworn depose and say:

I am a Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives and have reason to believe that

on the premises known as (name, description and or location)

**xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, Southeast, Washington, D.C.**
The apartment is located inside of a 3 story red brick, with brown trim, apartment building that sits on the west side of the xxxxxxxxxxxxxxxx, southwest of xxxxxxxxxxxxand Northwest of xxxxxxxxxxxxx in Southeast, Washington D.C.  The three story, red brick, building that Apartment #xxx is located in is marked "xxxx" in white letters on a blue placard that is affixed to the building, just to the right of the front entrance. There is a brown colored overhang directly above the front entrance of the building marked "xxxx". There is a wrought iron fence that is black in color that surrounds the building marked "xxxx". The apartment numbered "xxx" is located on the second floor in the building marked "xxxx". Apartment "xxx" is the first door on the left hand side after exiting the stairs to the second floor. The front door & door frame to apartment "xxx" are brown in color. There is a silver colored door handle on the left side of the door to apartment "xxx". Directly above the silver colored door handle is a silver deadbolt lock. In the upper middle portion of the door is a silver colored door knocker. The numbers "xxx" appear in black directly above the silver colored knocker.

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

a firearm, paperwork and documentation related to the possession, acquisition, disposition, and maintenance of firearms, as well as ammunition, ammunition magazines, ammunition boxes, holsters, ammunition pouches, boxes, cleaning kits, bullet proof vests, firearms parts, firearms boxes, photographs of firearms, and accessories for firearms such as grips, scopes, and slings, and paperwork and documentation related to the identity of the possessors of such items and/or occupancy of the premises.

Which are (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
Evidence and instrumentalities of alleged crime(s): In violation of Title 18, United States Code, Section 922(g)(1).
The facts to support the issuance of a Search Warrant are as follows:

See Affidavit which is incorporated herein for reference, Continued on the attached sheet and made a part hereof.

_____
Frank Oliver, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
(Affiant)

Sworn to before me, and subscribed in my presence
_____ at Washington, D.C.
Date and Time Issued

_____
United States Magistrate Judge
Signature of Judicial Officer