# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

SEARCH WARRANT

Southeast, Washington, D.C.

CASE NUMBER: 06-319-M-01

TO: Bureau of Alcohol, Tobacco, Firearms and Explosives, and any Authorized Officer of the United States

Affidavit having been made before me by <u>Special Agent Frank L. Oliver</u> who has reason to believe that on the premises known as (name, description and or location)

This affidavit is submitted in support of an application for a search warrant for the entire premises known as                             , Southeast, Washington, D.C. The apartment is located inside of a 3 story red brick, with brown trim, apartment building that sits on the west side of the                       'lace, southwest of            l and Northwest of                 l in Southeast, Washington D.C. The three story, red brick, building that Apartment       is located in is marked "       " in white letters on a blue placard that is affixed to the building, just to the right of the front entrance. There is a brown colored overhang directly above the front entrance of the building marked "       ". There is a wrought iron fence that is black in color that surrounds the building marked "       ". The apartment numbered          is located on the second floor in the building marked          Apartment       is the first door on the left hand side after exiting the stairs to the second floor. The front door & door frame to apartment "       are brown in color. There is a silver colored door handle on the left side of the door to apartment        '. Directly above the silver colored door handle is a silver deadbolt lock. In the upper middle portion of the door is a silver colored door knocker. The numbers appear in black directly above the silver colored knocker.

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

all narcotics, paraphernalia, books, papers and records evidencing the distribution of narcotics, assets derived from the proceeds of narcotic trafficking, proof of ownership or occupancy of premises and/or illegal weapons, which is in violation of the Title 21 of the United States Code, Section 841(a) (1).

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _July 21, 2006_
                                                    Date
(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

_JUL 11 2006_ at Washington, D.C.
Date and Time Issued
@ 4:20 pm

_____
United States Magistrate Judge
Signature of Judicial Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7-11-06 | DATE AND TIME WARRANT EXECUTED<br>7-19-06 0727 hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Suspected PCP
Suspected Crack cocaine residue + plate
Marijuana
Documents
Ammunition
Drug Paraphernalia
Gun cleaning kit
Scale

FILED
JUL 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Frank Oliver #3941

Subscribed, sworn to, and returned before me this date.

_____   7/24/06
U.S. Judge or Magistrate        Date